# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:17-cr-362 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| WILLIAM J. JOHNSON, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 3/15/2023. A supplemental violation report was filed in this case on 4/27/2023. The Court referred this matter to Magistrate Judge Amanda M. Knapp to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Knapp reported that a supervised release violation hearing was held on 4/11/2023. The hearing involved the following violation:

1. New Criminal Conviction.
2. Unauthorized Travel Outside of the Jurisdiction.

The magistrate judge filed a report and recommendation on 4/11/2023, in which she recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in violation numbers 1 and 2.

A final supervised release violation hearing was conducted on 4/28/2023. Present were the following: Assistant U.S. Attorney Brad Beeson, representing the United States; Attorney Ashlynn Mejia, representing the defendant; the Defendant William J. Johnson; and United States Probation Officer Christopher Mitchell.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is continued as previously imposed and is modified to include the following:

- You must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.); and
- You must be monitored by the form of location monitoring indicated below for a period of up to 4 months, to commence no later than within 30 days from this order. You will be required to remain in your residence unless given permission in advance by the probation officer to be elsewhere. You may leave your residence to work, receive medical and/or mental health treatment, and attend religious services. You must consent to be monitored by location monitoring and must abide by all of the requirements established by the U.S. Pretrial Services & Probation Office related to the use of the location monitoring technology. You may participate in the Discretionary Leave under terms set by the U.S. Pretrial Services & Probation Officer. You must pay the costs of participation in the location monitoring program based on your ability to pay, as directed by the U.S. Pretrial Services & Probation Officer. Location monitoring technology at the discretion of the officer.

**IT IS SO ORDERED**.

Dated: April 28, 2023

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**